UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD E. BARNES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1445** |
| **LIZ MURRILL, ET AL.** | **SECTION "H" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Donald E. Barnes's § 1983 claims against defendants Louisiana Attorney General Liz Murrill, the Hon. Rhonda Goode-Douglas, Warden Darryl Vannoy, and Orleans Parish District Attorney Jason R. Williams be **DISMISSED** pursuant to 28 U.S.C. § 1915, § 1915(e), § 1915A, and 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.

**ALTERNATIVELY**, **IT IS ORDERED** that the claims against defendants Louisiana Attorney General Liz Murrill, the Hon. Rhonda Goode-Douglas, Warden Darryl Vannoy, and Orleans Parish District Attorney Jason R. Williams be **DISMISSED** as *Heck* barred.

**ALTERNATIVELY**, **IT IS ORDERED** that the claims against defendants Louisiana Attorney General Liz Murrill and Warden Darryl Vannoy be **DISMISSED WITHOUT PREJUDICE** on the basis of Eleventh Amendment immunity.

New Orleans, Louisiana, this __24th__ day of October, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**